**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Yvonne Wiley HALL, Defendant-Appellant.**

**No. 17-13026**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(February 28, 2018)

Steven E. Butler, Adam W. Overstreet, U.S. Attorney Service—Southern District of Alabama, U.S. Attorney's Office, Mobile, AL, for Plaintiff-Appellee

Yvonne Wiley Hall, FCI Tallahassee—Inmate Legal Mail, Tallahassee, FL, for Defendant-Appellant

Before TJOFLAT, NEWSOM and HULL, Circuit Judges.

PER CURIAM:

William Hughes, appointed counsel for Yvonne Hall in this criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hall's sentence imposed upon revocation of supervised release is **AFFIRMED.**